UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                                  Criminal No. 25-MJ-30572

Michelle Hill,

    Defendant.
_____/

## MOTION TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                                Respectfully submitted,

                                                Jerome F. Gorgon Jr.
                                                United States Attorney

                                                *s/Ryan A. Particka*
                                                Ryan A. Particka P86521
                                                Assistant United States Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI 48226
                                                ryan.particka@usdoj.gov
                                                (313) 226-9635

Dated: September 23, 2025