UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

CASE NO. 25-mj-30572

    Plaintiff,

Vs.

MICHELLE HILL,

    Defendant.

_____/

## STIPULATED ORDER FOR SUBSTITUTION OF ATTORNEY

It is hereby stipulated by the parties, that attorney, Steven Scharg, replace attorney, Celeste Kinney, as counsel for Defendant, Michelle Hill.

| | |
|---|---|
| s/Steven Scharg | /s/Celeste Kinney with consent |
| STEVEN SCHARG | CELESTE KINNEY |
| 615 Griswold, Suite 1125 | |
| Detroit, Michigan 48226 | |
| (313) 300-0214 | |
| Mi Bar No. P43732 | |
| Scharg1924@gmail.com | |

Dated: September 30, 2025

**IT IS HEREBY ORDERED.**

                                                  s/David R. Grand
                                                  HONORABLE MAGISTRATE JUDGE

Dated: September 30, 2025