UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                                                          No. 25-mj-30572

Michelle Denise Hill,

    Defendant.

---

**STIPULATION AND ORDER TO CONTINUE PRLIMINARY EXAMINATION**

---

The United States of America and defendant, Michelle Denise Hill, hereby stipulate and agree to the following:

1. Defendant made her initial appearance on a complaint on September 23, 2025. The complaint charged Hill with wire fraud (18 U.S.C. § 1343) in relation to an alleged student loan fraud scheme. Defendant's preliminary examination is set for October 14, 2025.

2. The parties agree and stipulate that the new date for preliminary examination will be December 15, 2025.

3.   The parties further stipulate, and jointly move for the Court to find, that the time period between October 14, 2025 and December 15, 2020, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.  This delay is requested based on the ends of justice and the interests of the defendant, specifically due to the factual and legal complexity of the case, the voluminous discovery that will need to be analyzed and reviewed that may be relevant to the case and the preliminary examination (including hundreds of pages of student loan applications, voluminous records of electronic communications, bank records and surveillance footage, and the fruits of several search warrants) and the desire of the parties to discuss a resolution of the case without proceeding to grand jury indictment. The parties stipulate and agree that all of the aforementioned considerations are in the interests of justice.

**IT IS SO STIPULATED.**

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


*s/ John K. Neal*                              *s/Steven Scharg*
John K. Neal                                        Steven E. Scharg
Assistant United States Attorney    Attorney for Defendant
211 W. Fort Street, Suite 2001         615 Griswold, Suite 1125
Detroit, MI 48226                              Detroit, MI 48226
(313) 226-9644                                  (313) 662-4090

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                      Criminal No. 25-mj-30572

Michelle Denise Hill,

    Defendant.

## [PROPOSED] ORDER TO CONTINUE PRLIMINARY EXAMINATION

    The Court has considered the parties' stipulation to continue the Preliminary Examination to December 15, 2025 and for a finding that the time period from October 14, 2025, to December 15, 2025 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from June 26, 2020 to August 26, 2020 qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that the complexity of the case

and the charges, the need for the defendant to review substantial discovery that may be relevant to the case and a preliminary examination, and the need for the parties to discuss a resolution of the case prior to proceeding to grand jury indictment, all are in the interests of justice and those interests would be compromised if a continuance is not granted at this time.

    IT IS THEREFORE ORDERED that the time from October 14, 2025 to December 15, 2025 shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                s/Elizabeth A. Stafford  
                                                ELIZABETH A. STAFFORD  
                                                United States Magistrate Judge

.

Date: October 7, 2025